Gregory J. Arpin, WSBA #2746
Donald G. Stone, WSBA #7547
PAINE, HAMBLEN, COFFIN,
  BROOKE & MILLER LLP
717 W. Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

Attorneys for Defendants Watchtower
  and Othello (North) Spanish Congregation

The Honorable Edward F. Shea

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 29 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

ERICA RODRIGUEZ, a single person,

        Plaintiff,

vs.

WATCHTOWER BIBLE and TRACT SOCIETY OF NEW YORK, INC., a New York corporation; OTHELLO SPANISH CONGREGATION OF JEHOVAH'S WITNESSES, an unknown legal entity; and MANUEL BELIZ, individually and on behalf of his marital community,

        Defendants.

No. CS-02-0030-EFS

**DECLARATION OF DONALD G. STONE IN SUPPORT OF DEFENDANTS' MOTION FOR AN AMENDMENT OF THE MAY 20TH ORDER TO INCLUDE COSTS AND ATTORNEY'S FEES**

DECLARATION OF DONALD G. STONE IN
SUPPORT OF DEFENDANTS' MOTION FOR
AN AMENDMENT OF THE MAY 20TH ORDER
TO INCLUDE COSTS AND ATTORNEY'S
FEES - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

DONALD G. STONE declares:

1. I am one of the attorneys for the Defendants in the above-captioned action.

2. Plaintiff filed an action in federal court claiming subject matter jurisdiction based on federal question under the statutes 28 U.S.C. § 1343 (2), (3), and (4), and 20 U.S.C. § 1861, et. seq. Defendants brought a Motion to Dismiss for Lack of Subject Matter Jurisdiction because the statutes asserted for jurisdiction by Plaintiff's counsel in the original Complaint were not warranted by law under the facts presented.

3. Plaintiff's counsel replied to Defendants' Motion to Dismiss with a concession that the jurisdiction was improperly pled and with a Motion to Amend the Complaint to instead base federal jurisdiction on diversity of parties. Defendants sought terms of costs and attorney's fees incurred in bringing the Motion to Dismiss.

4. In an Order filed on May 20, 2002, the Court presented an Order granting defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and denying Plaintiff's Motion for Leave to Amend. The Order was, however,

DECLARATION OF DONALD G. STONE IN
SUPPORT OF DEFENDANTS' MOTION FOR
AN AMENDMENT OF THE MAY 20TH ORDER
TO INCLUDE COSTS AND ATTORNEY'S
FEES - 2

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

silent as to Defendants' requests for costs and attorney's fees incurred in bringing the Motion to Dismiss.

5. The reasonable expenses and attorney's fees incurred in responding to the improperly pled Complaint, were as follows: Fees in excess of $5,980.00 (hours in excess of 33.75), together with Westlaw charges of $409.69.

6. Defendants now seek an amendment of the Order under Civil Rule 52(b) to address the issue of terms against Plaintiff's counsel, but not as against Ms. Rodriguez, for the costs and attorney's fees incurred by the Defendants in bringing and prevailing in the Motion to Dismiss due to the Plaintiff's counsel's improper claim of jurisdiction.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED at Spokane, Washington, this 29th day of May, 2002.

_____
DONALD G. STONE

DECLARATION OF DONALD G. STONE IN
SUPPORT OF DEFENDANTS' MOTION FOR
AN AMENDMENT OF THE MAY 20TH ORDER
TO INCLUDE COSTS AND ATTORNEY'S
FEES - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# CERTIFICATE OF SERVICE

I certify that on this 29th day of May, 2002, a true and correct copy of the foregoing **DECLARATION OF DONALD G. STONE IN SUPPORT OF DEFENDANTS' MOTION FOR AN AMENDMENT OF THE MAY 20**[TH] **ORDER TO INCLUDE COSTS AND ATTORNEY'S FEES**, was caused to be served as indicated below and addressed as follows:

| | |
|---|---|
| Richard C. Eymann<br>EYMANN, ALLISON, FENNESSY,<br>  HUNTER & JONES, P.S.<br>601 West Main Avenue, Suite 801<br>Spokane, WA 99201<br><br>    Attorneys for Plaintiff | ✓ U.S. MAIL<br>___ HAND-DELIVERED<br>___ OVERNIGHT MAIL<br>✓ TELECOPY (FAX) |
| Timothy D. Kosnoff<br>Attorney at Law<br>Bellevue Place Building<br>800 Bellevue Way N.E., Suite 300<br>Bellevue, WA 98004-4229<br><br>    Attorneys for Plaintiff | ✓ U.S. MAIL<br>___ HAND-DELIVERED<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) |
| Jeffrey R. Anderson<br>Jodean A. Thronson<br>REINHARDT & ANDERSON<br>E-1000 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN 55101<br><br>    Attorneys for Plaintiff | ✓ U.S. MAIL<br>___ HAND-DELIVERED<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) |

_____
GREGORY J. ARPIN
DONALD G. STONE

I:\Spodocs\30137\00001\plead\00045409.DOC:jah

ORDER GRANTING COSTS AND
ATTORNEY'S FEES - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*